# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WALGREEN CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. |
| | ) |
| ARISTEDES HASEOTES AND BYRON | ) |
| HASEOTES | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF WALGREEN CO.'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Walgreen Co. ("Walgreens")

hereby provides its Disclosure Statement as follows:

1.      Walgreens is an Illinois corporation with its principal place of business located at

108 Wilmont Road, Deerfield, Illinois.

2.      Walgreens is a wholly owned subsidiary of Walgreens Boots Alliance, Inc., a

holding company incorporated in Delaware that has issued shares to the public which are listed on

NASDAQ (WBA).

3.      Walgreens will promptly supplement this disclosure upon any change to the above

stated information.

Dated: January 19, 2024.                    Respectfully submitted,

                                            **PLAINTIFF WALGREEN CO.**

                                            */s/  John F.X. Lawler*
                                            John F.X. Lawler, Esq. (BBO 546910)
                                            PRINCE LOBEL TYE LLP
                                            One International Place, Ste. 3700
                                            Boston, MA 02110
                                            #617-456-8035
                                            jlawler@princelobel.com

Joseph D. Wargo, *pro hac vice* forthcoming
Michael S. French, *pro hac vice* forthcoming
David M. Pernini, *pro hac vice* forthcoming
WARGO, FRENCH & SINGER LLP
999 Peachtree Street, NE
Suite 1120
Atlanta, Georgia 30309
Telephone: (404) 853-1500
Facsimile: (404) 853-1501

*Counsel for Plaintiff Walgreen Co.*