# EXHIBIT 4

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:22 PM 06/30/2020
FILED 04:22 PM 06/30/2020
SR 20206000482 - File Number 3163855

# STATE OF DELAWARE
# CERTIFICATE OF FORMATION
## OF LIMITED LIABILITY COMPANY

The undersigned authorized person, desiring to form a limited liability company pursuant to the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1.     The name of the limited liability company is   3910 UNIVERSITY LLC

2.     The Registered Office of the limited liability company in the State of Delaware is located at   919 North Market Street, Suite 950   (street), in the City of   Wilmington   , Zip Code   19801   . The name of the Registered Agent at such address upon whom process against this limited liability company may be served is   InCorp Services, Inc.

By:   *Janice Null*
Authorized Person

Name:   Janice Null
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 04:47 PM 08/31/2020
FILED 04:47 PM 08/31/2020
SR 20207031930 - File Number 3163855

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: 3910 UNIVERSITY LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows: "Amending Name"

> 1625 S WEBB LLC

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the 31 day of August , A.D. 2020 .

By: _____
Authorized Person(s)

Name: Ari N. Haseotes
Print or Type

# STATE OF DELAWARE
## CERTIFICATE OF AMENDMENT CHANGING ONLY THE REGISTERED OFFICE OR REGISTERED AGENT OF A LIMITED LIABILITY COMPANY

The limited liability company organized and existing under the Limited Liability Company Act of the State of Delaware, hereby certifies as follows:

1.      The name of the limited liability company is _____
_____ 1625 S WEBB LLC _____ .

2.      The Registered Office of the limited liability company in the State of Delaware is changed to _____ 850 New Burton Road, Suite 201 _____
_____ (street), in the City of _____ Dover _____ ,
Zip Code _____ 19904 _____ . The name of the Registered Agent at such address upon whom process against this limited liability company may be served is _____
_____ COGENCY GLOBAL INC. _____ .

By: _____
/s/ Jeff Smith
Authorized Person

Name: _____
Jeff Smith
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered  04:19 PM 12/07/2021
FILED   04:19 PM 12/07/2021
SR 20214008737  -  File Number  3163855